FILED
Dec 20 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ gloriav  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JULIO ALCARAZ MEZA,<br>　　aka "Travieso,"<br><br>　　　　　Defendant. | Case No. __'22 CR2894 W__<br><br>I N D I C T M E N T<br><br>**Ancillary to 21CR0406-W**<br><br>Title 18, U.S.C., Sec. 3146(a)(1) – Bail Jumping; Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The grand jury charges:

### Count 1

On or about October 21, 2022, within the Southern District of California, defendant JULIO ALCARAZ MEZA, aka "Travieso," having been charged with a violation of Title 21, United States Code, Section 856(a)(2) -- Maintaining a Drug-Involved Premises, and Title 18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm and Ammunition, and having been released on or about July 31, 2020, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150), in connection with the aforementioned criminal charge, for appearance before Senior United States District Judge Thomas J. Whelan at the United States Courthouse, 221 W. Broadway, San Diego, California, 92101, on October 21, 2022, for self-surrender in Case No. 21CR0406-W, entitled *United States v. Julio Alcaraz-Meza, et al.*, did knowingly and willfully fail to appear as required; in violation of Title 18, United States Code, Section 3146(a)(1).

MGW:nlv(1):San Diego:12/19/22

## Count 2

On or about October 21, 2020, within the Southern District of California, defendant JULIO ALCARAZ MEZA, aka "Travieso," knowing his status as convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: eight rounds of WCC 9mm caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: December 20, 2022.

A TRUE BILL:

[signature redacted]

RANDY S. GROSSMAN
United States Attorney

By: /s/ Michael G. Wheat
MICHAEL G. WHEAT
Assistant U.S. Attorney

2