UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(THE HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>JULIO ALCARAZ MEZA,<br>　　　　Defendant | Case No.: 22cr2894-W<br><br>ORDER |

**UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Status Hearing date in this case be continued from March 13, 2023 to May 22, 2023, at 9:00 a.m.

**IT FURTHER ORDERED** that the time between March 13, 2023, and May 22, 2023, be tolled for Speedy Trial purposes.

Dated: 3/4/23

Hon. Thomas J. Whelan
United States District Judge

22cr2894-W